RENAUT v. GROSSMAN et al. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Amanda Renaut against Gustav Grossman and another. No opinion. Motion denied, without costs. Order filed.

In re REXFORD FLATS BRIDGE CO. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) In the matter of the application of the Rexford Flats Bridge Company for writ of mandamus against the Canal Board and others. No opinion. Motion granted. See, also, 153 N. Y. Supp. 154.

REYNOLDS, Respondent, v. STATEN ISLAND MIDLAND R. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by George V. Reynolds against the Staten Island Midland Railway Company. B. G. Eadie, of ·New Brighton, for appellant. F. R. Stoddard, Jr., of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RINELLA et al., Appellants, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by Joseph Rinella and others against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

RINTELEN, Appellant, v. SCHAEFER et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by Joseph C. Rintelen against Rose D. Schaefer and others.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order affirmed, with costs. See, also, 158 App. Div. 477, 143 N. Y. Supp. 631.

RISHELL, Respondent, v. MEANY et al., Appellants. (No. 7438.) (Supreme Court, Appellate Division, First Department. May 28, 1915.) Appeal from Special Term, New York County. Action by John .D. Rishell against Frank Meany and another. From an order denying a motion to make the amended complaint more definite and certain, defendants appeal. Reversed, and motion granted in part. Arthur J. W. Hilly, of New York City, for appellants. Edward A. Isaacs, of New York City, for respondent.

PER CURIAM. Order appealed from reversed, with $10 costs and disbursements, and motion granted to the extent of requiring the complaint to be made more definite and certain as to the date on which the plaintiff's assignors and ·the individual defendants made the agreement, and also the date when the plaintiff's assignors tendered performance and the date of the assignment to the plaintiff. Settle order on notice.

RIVIERA REALTY CO., Respondent, v. ILLINOIS SURETY CO., Appellant. (No. 7432.) (Supreme Court, Appellate Division, First Department. May 28, 1915.) Appeal from Special Term, New York County. Action by the Riviera Realty Company against the Illinois Surety Company. From an order directing defendant to file and serve a bill of particulars, it appeals. Modified and affirmed. See, also, 152 N. Y. Supp. 1140. L. Laflin Kellogg, of New York City, for appellant. Sol. Kohn, of New York City, for respondent.

PER CURIAM. The order appealed from should be modified, by requiring the defendant to furnish a bill of particulars as specified in the third clause of the order to show cause, and, as so modified, affirmed, without costs. Settle order on notice. '

ROBBINS v. BABYLON NAT. BANK et al. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by John Clinton Robbins against the Babylon National Bank and others. No opinion. Motion to dismiss appeal denied.

ROCHESTER TRUST & SAFE DEPOSIT CO. v. VOGEL et al. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) Action by the Rochester Trust & Safe Deposit Company, as executor, etc., of Adam Vogel, deceased, against Valentine Vogel and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

ROCK ISLAND BUTTER CO. v. ROWLAND. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by the Rock Island Butter Company against James Rowland. No opinion.. Motion denied, with $10 costs. Order filed. See, also, 160 App. Div. 878, 144 N. Y. Supp. 1142.

ROLLER v. GLEASON WORKS. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) Action by William Roller against the Gleason Works. No opinion. Plaintiff's exceptions overruled, and motion for new trial denied, upon stipulation filed.

ROOT, Appellant, v. PULITZER et al., Respondents. (2 cases.) (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by W. Russell Root, on behalf of himself, etc., against Walter Pulitzer and others. F. J. Byrne, of New York City, for appellant. G. W. Glaze, of New York City, for respondents. No opinion. Judgments affirmed, with costs. Orders filed. See, also, 152 N. Y. Supp. 1140.

ROSENTHAL v. KINZLER. (Supreme Court, Appellate Division, First Department.

June 11, 1915.) Action by Louis Rosenthal, as administrator, against Moses Kinzler. No opinion. Application denied, with $10 costs.

ROSSO, Respondent, v. MANHATTAN & QUEENS TRACTION CORPORATION, Appellant. (Supreme Court, Appellate Division Division, Second Department. June 11, 1915.) Action by Giuseppe Rosso against the Manhattan & Queens Traction Corporation. No opinion. Order affirmed, with $10 costs and disbursements.

ROTHSCHILD, Appellant, v. BOARD OF EDUCATION OF CITY OF ROCHESTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Meyer Rothschild against the Board of Education of the City of Rochester.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held that, for the purposes of the motion for judgment, the allegations of the complant as to the corporate existence of defendant were controlling, and such corporate existence must be presumed in the determination of the motion.

KRUSE, P. J., and MERRELL, J., dissent.

ROUGHTEAN, Appellant, v. SARLES, Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by Anna Roughtean against Hannah M. Sarles.

PER CURIAM. If the defendant uttered the language charged in the complaint, it was most atrocious, if untrue. On the trial, she expressly conceded on the record that there was no justification for the use of the language, if it had been used. The question of its use was plainly for the jury. The trial court set aside the verdict conditionally, on the ground that it was excessive, and, so far as it had power, reduced the damages to $50. The jury found that the language had been used by the defendant. We think that a verdict in the sum of $400 as damages for a slander imputing unchastity and common prostitution to a married woman, in the presence of her husband, cannot be considered as excessive, and that, in any event, the amount of damages conditionally fixed by the trial court at $50 cannot be sustained by this court. The order granting a new trial is reversed, with costs, and the verdict unanimously reinstated.

RUDERMAN v. BLOCH et al. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Charles Ruderman against Samuel Block and another. No opinion. Application denied, with $10 costs. Order signed. See, also, 145 N. Y. Supp. 913.

RUDES, Appellant, v. HAMILTON COUNTY, Repondent. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by William Rudes against the County of Hamilton. No opinion. Motion granted.

RUMMELL et al. v. BLANCHARD et al. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Jacob Rummell and another against Archibald Blanchard and another. No opinion. Motion for leave to appeal (in 153 N. Y. Supp. 159) granted, and questions certified as stated in order. Order filed.

RUTECKA v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Lillian Rutecka, as administratrix, etc., against the Pennsylvania Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

RYAN, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Robert S. Ryan, individually and as administrator, against Mary C. C. Clark, individually and as administratrix. G. Gunkel, of New York City, for appellant. W. Leslie, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 165 App. Div. 964, 150 N. Y. Supp. 1110.

SAHLI, Respondent, v. SCOVIL, Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1915.) Action by Benedict Sahli against William T. Scovil. No opinion. Reargument ordered, and case set down for Tuesday, May 11, 1915.

ST. JOHN et al. v. REISS. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Henry W. St. John and others against Elias Reiss. No opinion. Motion to extend time to file and serve points granted, and time extended to June 3, 1915, and argument of appeal adjourned to that date. Settle order on notice.

SAKSON, Respondent, v. NEW YORK, O. & W. R. CO., Appellant. KLINE v. SAME. (Supreme Court, Appellate Division, First Department. December, 1914.) Action by Milton W. Sakson and by Francis H. Kline against the New York, Ontario & Western Railway Company. No opinions. Orders reversed, with $10 costs and disbursements, and motions granted, with $10 costs.

SALA, Respondent, v. BRADLEY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. June 4, 1915.) Action by Elvira Sala, as administratrix, against the Bradley Contracting Company. F. L. C. Keating, of New York City, for appellant. D. C. Hirsch, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.